IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLOTTE B. JOHNSON,<br>Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 06-4316 |
| | : | |
| GEN. ERIC K. SHINSEKI,<br>SECRETARY, U.S. DEPARTMENT<br>OF VETERANS AFFAIRS,<br>Defendant. | : | |



## ORDER

**AND NOW**, this 20th day of July, 2009, upon consideration of Defendant's Motion for Judgment as a Matter of Law (Doc. 88), Plaintiff's Response to (Doc. 89), and the Parties' oral argument on the matter, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED** that the Clerk of Court shall mark the above captioned case as closed.

BY THE COURT:

/s/ Petrese B. Tucker
**Honorable Petrese B. Tucker, U.S.D.J.**